UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  ILLINOIS

In re: §
 §
PIENCAK, JANICE § Case No. 14-10370
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 CLERK  OF THE COURT
 219 s. DEARBORN STREET
 CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 PM on 06/26/2015 in Courtroom 240,
 Kane County Courthouse
 100 S. Third Street
 Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/29/2015                By: CLERK  OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
PIENCAK, JANICE § Case No. 14-10370
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 1,017.82 |
| leaving a balance on hand of[1] | $ | 8,982.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,650.00 | $ 0.00 | $ 1,650.00 |
| Attorney for Trustee Fees: Springer Brown LLC | $ 2,673.00 | $ 0.00 | $ 2,673.00 |
| Other: Arthur B. Levine Company | $ 7.14 | $ 7.14 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,323.00 |
| Remaining Balance | | $ | 4,659.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,327.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 5,881.51 | $ 0.00 | $ 2,937.82 |
| 2 | Capital One | $ 3,446.16 | $ 0.00 | $ 1,721.36 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,659.18 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                          Case No. 14-10370-DRC
Janice Piencak                                                  Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1          User: wepps                Page 1 of 2              Date Rcvd: Jun 01, 2015
                              Form ID: pdf006            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2015.
db            +Janice Piencak,    15800 Central Ave,    Apt G,    Oak Forest, IL 60452-3265
21692691      +BMW Financial Services,    Ascension Capital Group,    Pob 201347,    Arlington TX 76006-1347
23142660       CAPITAL ONE, N.A.,    c/o Becket & Lee, LLP,    Attorneys/Agent for Creditor,    POB 3001,
                Malvern, PA 19355-0701
21692692       Carsons Pirie Scott/HSBC Retail Svc,    PO Box 17264,    Baltimore, MD 21297-1264
21692693      +Central Credit Services, Inc.,    PO Box 15118,    Jacksonville, FL 32239-5118
21692694      +Chase,   PO Box 24696,    Columbus, OH 43224-0696
21692695      +Client Services, Inc,    3451 Harry S. Truman Blvd.,    St. Charles, MO 63301-9816
21692696       Comenity - New York & Co.,    P.O. Box 182789,    Columbus, OH 43218-2789
21692697      +Comenity Bank/Maurices,    PO Box 182789,    Columbus, OH 43218-2789
21692702       FIA Card Services,    P.O. Box 15726,    Wilmington, DE 19886-5726
21692703      +Fisher & Shapiro,    2121 Waukegan Road, Suite 301,    Bannockburn, IL 60015-1831
21692704      +Freedman Anselmo Lindberg LLC,    1807 West Diehl Road Suite 333,    PO Box 3228,
                Naperville, IL 60566-3228
21692705      +HSBC Bank,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
21692707      +Keay & Costello, P.C.,    128 South County Farm Road,    Wheaton, IL 60187-2400
21692710      +M3 Financial Services, Inc.,    P.O. Box 7230,    Westchester, IL 60154-7230
21692711       MacNeal Physicians Group,    ATTN: Patient Accounts,    135 S. LaSalle St., Dept. 2384,
                Chicago, IL 60674-2384
21692713       Midland Credit Management, Inc.,    8875 Arrow Drive, Suite 200,    San Diego, CA 92123
21692716       Midland Funding LLC,    P.O. Box 93919,    San Diego, CA 92193-9019
21692720       NES of Ohio,    29125 Solon Road,    Solon, OH 44139-3442
21692718       Nationwide Credit, Inc.,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
21692721       Northstar Location Services, LLC.,    4285 Genesee Street,    Broadview, IL 60155-3140
21692722     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Assoc.,     120 Corporate Blvd., Suite 100,
                Norfolk, VA 23502-4962)
21692725      +Renwick Club c/o Caruso Mgt Group,    27 N. Wacker Dr., Ste 825,    Chicago, IL 60606-2800
21692726       Vital Recovery Services, Inc.,    P.O. Box 923748,    Norcross, GA 30010-3748
21692728       World Financial Network Bank,    PO Box 182124,    Columbus, OH 43218-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21692689       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 02 2015 02:05:52      Asset Acceptance Corp.,
                P.O. Box 2036,    Warren, MI 48090-2036
21692690       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 02 2015 02:05:52      Asset Acceptance LLC,
                P.O. Box 318035,    Cleveland, OH 44131-8035
21712530      +E-mail/Text: bankruptcynotices@bmwfs.com Jun 02 2015 02:07:05
                BMW Financial Services NA, LLC,    5550 Britton Parkway,   Hilliard, OH 43026-7456
21692698      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 02 2015 02:08:37
                Credit Collection Services,    Two Wells Avenue,   Newton, MA 02459-3246
21692699       E-mail/PDF: mrdiscen@discover.com Jun 02 2015 02:17:22      Discover Financial,   P.O. Box 15316,
                Wilmington, DE 19850-5316
22821923       E-mail/PDF: mrdiscen@discover.com Jun 02 2015 02:17:22      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
21692700      +E-mail/Text: bankruptcy@edward.org Jun 02 2015 02:07:07      Edward Hospial,   PO Box 4207,
                Carol Stream, IL 60197-4207
21692701       E-mail/Text: bknotice@erccollections.com Jun 02 2015 02:06:10
                Enhanced Recovery Company, LLC,    8014 Bayberry Road,   Jacksonville, FL 32256-7412
21692706       E-mail/Text: cio.bncmail@irs.gov Jun 02 2015 02:05:12      Internal Revenue Service,
                230 S. Dearborn Street,    Mail Stop 5010 CHI,   Chicago, IL 60604
21692708      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 02 2015 02:05:03      Kohl's Capital One,
                PO Box 3115,    Milwaukee, WI 53201-3115
21692709      +E-mail/Text: bankruptcy@leadingedgerecovery.com Jun 02 2015 02:06:08
                Leading Edge Recovery Solutions,    PO Box 129,   Linden, MI 48451-0129
21692712       E-mail/Text: bankruptcydpt@mcmcg.com Jun 02 2015 02:06:00      Midland Credit Management, Inc,
                P.O. Box 60578,    Los Angeles, CA 90060-0578
21692714      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 02 2015 02:06:00      Midland Credit Managment, Inc.,
                Dept. 12421,    P.O. Box 603,   Oaks, PA 19456-0603
21692715      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 02 2015 02:06:00      Midland Funding,
                8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
21692717       E-mail/Text: mmrgbk@miramedrg.com Jun 02 2015 02:06:09      MiraMed Revenue Group, LLC,
                Dept. 77304,    P.O. Box 77000,   Detroit, MI 48277-0304
21692719      +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 02 2015 02:06:25      NCO Financial Services,
                PO Box 17205,    Wilmington, DE 19850-7205
21692727       E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2015 01:56:01      Walmart Discover/GECRB,
                P.O. Box 960024,    Orlando, FL 32896-0024
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-1          User: wepps                Page 2 of 2                   Date Rcvd: Jun 01, 2015
                              Form ID: pdf006            Total Noticed: 42

21692723*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Assoc.,    Riverside Commerce Center,
                 120 Corporate Blvd., Suite 100,    Norfolk, VA 23502-4962)
21692724*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Assoc. LLC,    PO Box 12903,    Norfolk, VA 23541)
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2015 at the address(es) listed below:
             Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
             David  Brown, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
              jkrafcisin@springerbrown.com
             Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
             Stuart B Handelman    on behalf of Debtor Janice  Piencak court@sbhpc.net,   ksmith@sbhpc.net,
              jhuang@sbhpc.net
                                                                                             TOTAL: 4
```