# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
JANICE PIENCAK § Case No. 14-10370
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                         Assets Exempt: 4,250.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,659.18     Claims Discharged
                                               Without Payment:  45,126.42

Total Expenses of Administration: 4,340.82

---

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,000.00 (see **Exhibit 2**), yielded net receipts of $ 9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,340.82 | 4,340.82 | 4,340.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,200.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 39,257.93 | 9,327.67 | 9,327.67 | 4,659.18 |
| **TOTAL DISBURSEMENTS** | $ 40,457.93 | $ 13,668.49 | $ 13,668.49 | $ 9,000.00 |

4) This case was originally filed under chapter 7 on 03/21/2014 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/25/2015         By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible claim under the Fair Debt Collection Prac | 1149-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PIENCAK, JANICE | Exemptions | 8100-002 | 1,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Helms Law Firm, P.C. | 2100-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| TRUSTEE BRENDA PORTER HELMS | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 7.14 | 7.14 | 7.14 |
| ASSOCIATED BANK | 2600-000 | NA | 10.68 | 10.68 | 10.68 |
| SPRINGER BROWN LLC | 3210-000 | NA | 2,673.00 | 2,673.00 | 2,673.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,340.82 | $ 4,340.82 | $ 4,340.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service 230 S. Dearborn Street Mail Stop 5010 CHI Chicago, IL 60604 | | 1,200.00 | NA | NA | 0.00 |

Case 14-10370   Doc 43   Filed 10/21/15   Entered 10/21/15 14:32:12   Desc Main
              Document      Page 5 of 15

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,200.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance Corp. P.O. Box 2036 Warren, MI 48090-2036 | | 0.00 | NA | NA | 0.00 |
| | Asset Acceptance Corp. P.O. Box 2036 Warren, MI 48090-2036 | | 0.00 | NA | NA | 0.00 |
| | Asset Acceptance LLC P.O. Box 318035 Cleveland, OH 44131-8035 | | 3,598.18 | NA | NA | 0.00 |
| | BMW Financial Services P.O. Box 9001065 Louisville, KY 40290-1065 | | 350.00 | NA | NA | 0.00 |
| | Carsons Pirie Scott/HSBC Retail Svc PO Box 17264 Baltimore, MD 21297-1264 | | 1,378.93 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carsons Pirie Scott/HSBC Retail Svc PO Box 17264 Baltimore, MD 21297-1264 | | 0.00 | NA | NA | 0.00 |
| | Central Credit Services, Inc. PO Box 15118 Jacksonville, FL 32239 | | 0.00 | NA | NA | 0.00 |
| | Chase PO Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | Client Services, Inc 3451 Harry S. Truman Blvd. St. Charles, MO 63301 | | 0.00 | NA | NA | 0.00 |
| | Comenity - New York & Co. P.O. Box 182789 Columbus, OH 43218-2789 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Maurices PO Box 182789 Columbus, OH 43218 | | 1,102.00 | NA | NA | 0.00 |
| | Credit Collection Services Two Wells Avenue Newton, MA 02459 | | 0.00 | NA | NA | 0.00 |
| | Discover Financial P.O. Box 15316 Wilmington, DE 19850-5316 | | 5,881.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edward Hospial PO Box 4207 Carol Stream, IL 60197 | | 150.00 | NA | NA | 0.00 |
| | Enhanced Recovery Company, LLC 8014 Bayberry Road Jacksonville, FL 32256-7412 | | 0.00 | NA | NA | 0.00 |
| | FIA Card Services P.O. Box 15726 Wilmington, DE 19886-5726 | | 3,506.02 | NA | NA | 0.00 |
| | Fisher & Shapiro 2121 Waukegan Road, Suite 301 Bannockburn, IL 60015 | | 0.00 | NA | NA | 0.00 |
| | Freedman Anselmo Lindberg LLC 1807 West Diehl Road Suite 333 PO Box 3228 Naperville, IL 60566-7228 | | 0.00 | NA | NA | 0.00 |
| | HSBC Bank P.O. Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Keay & Costello, P.C. 128 South County Farm Road Wheaton, IL 60187 | | 0.00 | NA | NA | 0.00 |
| | Kohl's Capital One PO Box 3115 Milwaukee, WI 53201 | | 3,546.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Leading Edge Recovery Solutions PO Box 129 Linden, MI 48451 | | 0.00 | NA | NA | 0.00 |
| | M3 Financial Services, Inc. P.O. Box 7230 Westchester, IL 60154 | | 0.00 | NA | NA | 0.00 |
| | MacNeal Physicians Group ATTN: Patient Accounts 135 S. LaSalle St., Dept. 2384 Chicago, IL 60674-2384 | | 92.00 | NA | NA | 0.00 |
| | Midland Credit Management, Inc P.O. Box 60578 Los Angeles, CA 90060-0578 | | 0.00 | NA | NA | 0.00 |
| | Midland Credit Management, Inc. 8875 Arrow Drive, Suite 200 San Diego, CA 92123 | | 981.00 | NA | NA | 0.00 |
| | Midland Credit Management, Inc. 8875 Arrow Drive, Suite 200 San Diego, CA 92123 | | 717.00 | NA | NA | 0.00 |
| | Midland Credit Management, Inc. 8875 Arrow Drive, Suite 200 San Diego, CA 92123 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit Management, Inc. 8875 Arrow Drive, Suite 200 San Diego, CA 92123 | | 0.00 | NA | NA | 0.00 |
| | Midland Credit Managment, Inc. Dept. 12421 P.O. Box 603 Oaks, PA 19456 | | 0.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Drive, Suite 200 San Diego, CA 92123 | | 3,633.00 | NA | NA | 0.00 |
| | Midland Funding LLC P.O. Box 93919 San Diego, CA 92193-9019 | | 1,566.64 | NA | NA | 0.00 |
| | Midland Funding LLC P.O. Box 93919 San Diego, CA 92193-9019 | | 2,575.52 | NA | NA | 0.00 |
| | MiraMed Revenue Group, LLC Dept. 77304 P.O. Box 77000 Detroit, MI 48277-0304 | | 0.00 | NA | NA | 0.00 |
| | Nationwide Credit, Inc. P.O. Box 26314 Lehigh Valley, PA 18002-6314 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO Financial Services PO Box 17205 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | NES of Ohio 29125 Solon Road Solon, OH 44139-3442 | | 0.00 | NA | NA | 0.00 |
| | Northstar Location Services, LLC. 4285 Genesee Street Broadview, IL 60155-3140 | | 0.00 | NA | NA | 0.00 |
| | Portfolio Recovery Assoc. 120 Corporate Blvd., Suite 100 Norfolk, VA 23502-4962 | | 2,395.00 | NA | NA | 0.00 |
| | Portfolio Recovery Assoc. LLC PO Box 12903 Norfolk, VA 23541 | | 1,103.00 | NA | NA | 0.00 |
| | Portfolio Recovery Assoc. Riverside Commerce Center 120 Corporate Blvd., Suite 100 Norfolk, VA 23502-4962 | | 1,301.00 | NA | NA | 0.00 |
| | Renwick Club c/o Caruso Mgt Group 27 N. Wacker Dr., Ste 825 Chicago, IL 60606 | | 3,135.81 | NA | NA | 0.00 |
| | Vital Recovery Services, Inc. P.O. Box 923748 Norcross, GA 30010-3748 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Walmart Discover/GECRB P.O. Box 960024 Orlando, FL 32896-0024 |  | 2,245.83 | NA | NA | 0.00 |
|  | World Financial Network Bank PO Box 182124 Columbus, OH 43218-2124 |  | 0.00 | NA | NA | 0.00 |
| 2 | CAPITAL ONE | 7100-000 | NA | 3,446.16 | 3,446.16 | 1,721.36 |
| 1 | DISCOVER BANK | 7100-000 | NA | 5,881.51 | 5,881.51 | 2,937.82 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 39,257.93 | $ 9,327.67 | $ 9,327.67 | $ 4,659.18 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-10370 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | JANICE PIENCAK | | | | Date Filed (f) or Converted (c): | 03/21/2014 (f) |
| | | | | | 341(a) Meeting Date: | 04/16/2014 |
| For Period Ending: | 09/25/2015 | | | | Claims Bar Date: | 04/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Standard Bank, checking | 650.00 | 0.00 | | 0.00 | FA |
| 2. Furniture and electronics, cell phone, computer Lo | 300.00 | 0.00 | | 0.00 | FA |
| 3. Clothing Location: 1809 Eaton DR, Woodridge IL 605 | 300.00 | 0.00 | | 0.00 | FA |
| 4. Term Life with employer | 0.00 | 0.00 | | 0.00 | FA |
| 5. Funds received from mortgage company after moving | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Possible claim under the Fair Debt Collection Prac | 1,000.00 | 0.00 | | 10,000.00 | FA |
| 7. Possible claim under the Fair Debt Collection Prac | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. One Dog | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)       $4,250.00       $0.00       $10,000.00       $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/2014       Current Projected Date of Final Report (TFR): 06/30/2015

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-10370 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: JANICE PIENCAK | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX3680 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX8726 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 09/25/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/15 | 6 | MIDLAND CREDIT MANGAEMENT INC. 8875 Aero Drive #200 San Diego CA 92123 | lawsuit settlement proceeds | 1149-000 | $10,000.00 | | $10,000.00 |
| 02/19/15 | 10001 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $7.14 | $9,992.86 |
| 03/06/15 | 6 | MIDLAND CREDIT MANAGEMENT INC. | lawsuti settlement proceeds | 1149-000 | $10,000.00 | | $19,992.86 |
| 03/06/15 | 6 | Reverses Deposit # 1 | lawsuit settlement proceeds check not deposited in bank | 1149-000 | ($10,000.00) | | $9,992.86 |
| 03/16/15 | 10002 | PIENCAK, JANICE | exemption | 8100-002 | | $1,000.00 | $8,992.86 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.68 | $8,982.18 |
| 08/03/15 | 10003 | TRUSTEE BRENDA PORTER HELMS Brenda Porter Helms, Trustee | Final distribution representing a payment of 100.00 % per court order. Reversal incorrect payee | 2100-000 | | ($1,650.00) | $10,632.18 |
| 08/03/15 | 10003 | TRUSTEE BRENDA PORTER HELMS Brenda Porter Helms, Trustee | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,650.00 | $8,982.18 |
| 08/03/15 | 10004 | SPRINGER BROWN LLC Springer Brown LLC | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $2,673.00 | $6,309.18 |
| 08/03/15 | 10005 | DISCOVER BANK DB Servicing Corp P.O. Box 3025 New Albany, OH 43054 | Final distribution to claim 1 representing a payment of 49.95 % per court order. | 7100-000 | | $2,937.82 | $3,371.36 |
| 08/03/15 | 10006 | CAPITAL ONE c/o Becket & Lee LLP P.O. Box 3001 Malvern, PA 19355 | Final distribution to claim 2 representing a payment of 49.95 % per court order. | 7100-000 | | $1,721.36 | $1,650.00 |
| 08/03/15 | 10007 | The Helms Law Firm, P.C. | reissue final distribution to correct payee | 2100-000 | | $1,650.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $10,000.00 | $10,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

|  |  |  |
|---|---:|---:|
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $1,000.00 |
| Net | $10,000.00 | $9,000.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3680 - Checking Account (Non-Interest Earn | $10,000.00 | $9,000.00 | $0.00 |
|  | $10,000.00 | $9,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:  $0.00  $0.00